United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MELITA MEYER,** *individually, and on behalf of all others similarly situated*,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**BEBE STORES, INC.,**<br><br>    **Defendant.** | **Case No.: 14-CV-0267 YGR**<br><br>**ORDER TO SHOW CAUSE** |

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

The above-named defendant's counsel, Amy L. Pierce, is hereby **ORDERED TO SHOW CAUSE** why she should not be sanctioned for her failure to appear at the Case Management Conference ("CMC") set for 2:00 p.m. on Monday, June 9, 2014.

The Court shall hold a hearing on this Order to Show Cause at **2:01 p.m. on July 29, 2014** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. At least five business days prior to the hearing, defendant's counsel shall submit a written response to this Order to Show Cause explaining her failure to attend the June 9 CMC.

The Court is contemplating shifting the reasonable costs of plaintiff's counsel's attendance at the June 9 CMC to defendant and/or defense counsel. Accordingly, no later than **June 13, 2014**, plaintiff shall file and serve a declaration with appropriate exhibits documenting the amount spent on having one attorney attend the June 9 CMC.

**IT IS SO ORDERED**.

Date: June 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**