UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELITA MEYER**, <br> Plaintiff, <br> v. <br> **BEBE STORES, INC.**, <br> Defendant. | Case No. 14-cv-00267-YGR |
| **SAMANTHA RODRIGUEZ**, <br> Plaintiff, <br> v. <br> **BEBE STORES, INC.**, <br> Defendant. | Case No. 14-cv-01968-YGR |

**ORDER RE CASE MANAGEMENT CONFERENCE**

A case management conference ("CMC") for the above-captioned related actions is scheduled for Monday, February 9, 2015. In light of the Court's February 2, 2015 Order Denying Defendant's Motions to Dismiss and Strike in Case No. 14-cv-00267 at Docket No. 57, the parties in both cases shall meet and confer on the impact of that Order on the litigation. By **February 5, 2015**, the parties shall file joint case management conference statements taking the Order into account for the February 9, 2015 CMC. Alternatively, by **February 5, 2015**, the parties may file joint requests that the CMC be continued to Wednesday, February 25, 2015 at 2 p.m., with joint statements due by February 18, 2015.

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**