UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELITA MEYER**, <br>         Plaintiff, <br> v. <br> **BEBE STORES, INC.**, <br>         Defendant. | Case No. 14-cv-00267-YGR |
| **SAMANTHA RODRIGUEZ**, <br>         Plaintiff, <br> v. <br> **BEBE STORES, INC.**, <br>         Defendant. | Case No. 14-cv-01968-YGR |

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

A case management conference ("CMC") for the above-captioned related actions is scheduled for Monday, February 9, 2015. The parties submitted a stipulation requesting the CMC be continued to March 10, 2015 at 2 p.m., to coincide with the scheduled hearing on defendant's motion to stay. The Court hereby **CONTINUES** the CMC to **March 16, 2015** at 2 p.m. The parties' joint statements for the CMC shall be filed on **March 2, 2015**. If the motion to stay remains on calendar for March 10, 2015, the Court shall advance the CMC to coincide with that hearing.

This Order terminates Docket No. 59 in Case No. 14-cv-267 and Docket No. 30 in Case No. 14-1968.

**IT IS SO ORDERED.**

Dated: February 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**