UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MELITA MEYER**,

         Plaintiff,

  v.

**BEBE STORES, INC.**,

         Defendant.

Case No. 14-cv-00267-YGR

**ORDER VACATING HEARING**

Re: Dkt. No. 56

The Court has reviewed the papers submitted by the parties in connection with defendant's motion to stay (Dkt. No. 56) and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for March 10, 2015 is **VACATED**. The Court will issue a decision on the papers.

In light of this Order, the case management conference shall remain on calendar for March 16, 2015.

**IT IS SO ORDERED.**

Dated: March 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**