UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELITA MEYER**, <br>                     Plaintiff, <br><br>       v. <br><br> **BEBE STORES, INC.**, <br>                 Defendant. | Case No.  14-cv-00267-YGR |
| **SAMANTHA RODRIGUEZ**, <br>                     Plaintiff, <br><br>       v. <br><br> **BEBE STORES, INC.**, <br>                 Defendant. | Case No.  14-cv-01968-YGR |

*United States District Court*
*Northern District of California*

Plaintiff Samantha Rodriguez filed a motion to consolidate the above-captioned cases. (Dkt. No. 38 in Case No. 14-cv-01968.)  According to Rodriguez, the motion was filed "with the agreement of" plaintiff Melita Meyer.  (Dkt. No. 38-1 in Case No. 14-cv-01968 at 1.)  The defendant filed a statement of non-opposition to consolidation.  (Dkt. No. 40 in Case No. 14-cv-01968.)  Having carefully considered the papers submitted,[1] the record in the above-captioned cases, and good cause shown, the Court hereby **GRANTS** the motion.

The Court orders that *Samantha Rodriguez v. Bebe Stores, Inc.*, Case No. 14-cv-01968 is **CONSOLIDATED** with lead case *Melita Meyer v. Bebe Stores, Inc.*, Case No. 14-cv-00267.  All further filings in these matters shall be in the lead case, Case No. 14-00267.  The other docket, Case No. 14-cv-01968, shall be administratively closed.

---

[1] The Court finds this motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for July 7, 2015 is **VACATED**.

The plaintiffs shall file a Consolidated Class Action Complaint substantially in the form attached to the Declaration of Richard D. Lambert filed in support of the motion to consolidate within five (5) business days from the date of this Order.

This Order terminates Docket No. 38 in Case No. 14-cv-01968.

**IT IS SO ORDERED.**

Dated: June 12, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2