UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELITA MEYER,**<br>      Plaintiff,<br>   v.<br>**BEBE STORES, INC.,**<br>      Defendant. | Case No.  14-cv-00267-YGR<br><br>**ORDER CONTINUING CLASS CERTIFICATION MOTION SCHEDULE; VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 80 |

The Court has reviewed the parties' joint case management statement. (Dkt. No. 80.) Good cause shown, the Court **CONTINUES** the schedule (Dkt. No. 73) for plaintiff's anticipated class certification motion as follows:

- Plaintiff's motion shall be filed by **February 3, 2016**.
- Defendant's opposition shall be filed by **March 3, 2016**.
- Plaintiff's reply shall be filed by **March 31, 2016**.
- Hearing on motion to be held on **April 26, 2016** at **2 p.m.**

The case management conference set for November 9, 2015, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**