REDACTED VERSION OF

EXHIBIT AH-AS