UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MELITA MEYER**,

        Plaintiff,

   v.

**BEBE STORES, INC.**,

        Defendant.

Case No. 14-cv-00267-YGR

**ORDER STRIKING NOTICE OF SUPPLEMENTAL AUTHORITY**

Re: Dkt. No. 97

Defendant has filed a "Notice of Supplemental Authority in Support of Its Opposition to Plaintiff's Motion for Class Certification." (Dkt. No. 97.) The Court **STRIKES** the Notice as not filed in compliance with Civil Local Rule 7-3(d)(2), which provides:

> *Before the noticed hearing date*, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion—*without argument*.

Civil L.R. 7-3(d)(2) (emphases added). All other supplementary material in support of or in opposition to a motion, except for the two enumerated exceptions set forth in the Local Rules, may not be filed without prior Court approval. Civil L.R. 7-3(d).

That being said, for judicial economy and to expedite matters, the Court will take notice of the authority cited.

The Clerk shall **STRIKE** Docket Number 97 from the record.

**IT IS SO ORDERED.**

Dated: May 27, 2016

                                    _____
                                    **YVONNE GONZALEZ ROGERS**
                                    **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California