UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MELITA MEYER**,

    Plaintiff,

  v.

**BEBE STORES, INC.**,

    Defendant.

Case No. 14-cv-00267-YGR

**ORDER REQUIRING SUPPLEMENTAL BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Re: Dkt. No. 84

On April 26, 2016, this Court heard oral argument on plaintiffs' motion for class certification and took the matter under submission. On May 16, 2016, the U.S. Supreme Court issued its opinion in *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016). The Court's review of *Spokeo* indicates that there may be significant jurisdictional issues in this matter that should be resolved prior to resolution of the class certification motion. The Court therefore **ORDERS** the parties to provide supplemental briefs as to whether plaintiffs have alleged injury-in-fact sufficiently to confer Article III standing in this case in light of *Spokeo*. In addition, the parties are directed to address these additional issues on the class certification motion:

1. Whether membership in Club Bebe establishes consent, either as to the Main Class or the post-October 2013 sub-class?
2. The status of any discovery on the question of records from Air2Web (or other sources) that would establish class membership.

Each shall file a supplemental brief not to exceed **ten (10) pages** by **July 8, 2016.**

**IT IS SO ORDERED.**

Dated: June 22, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**