UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MELITA MEYER ET AL.,**

    Plaintiffs,

  v.

**BEBE STORES, INC.,**

    Defendant.

Case No. 14-cv-00267-YGR

**ORDER DIRECTING FURTHER SUBMISSION ON PENDING MOTION TO SEAL**

Re: Dkt. No. 103

In connection with the their supplemental brief filed in support of their motion for class certification, plaintiffs have submitted an Administrative Motion to File Under Seal pursuant to Civil Local Rule 79-5. (Dkt. No. 103.) Civil Local Rule 79-5(e) provides:

> If the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party . . . [w]ithin 4 days of the filing of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable.

Civ. L. R. 79-5(e)(1). Here, no declarations in compliance with the requirement stated in Civil Local Rule 79-5(e)(1) have been filed.

Defendant, as the Designating Party, shall file any additional declarations in support of this motion no later than **5:00 p.m. on Thursday, August 11, 2016**. Failure to file adequate supporting declarations will result in denial of the motion at issue.

**IT IS SO ORDERED.**

Dated: August 9, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**