United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELITA MEYER**,<br>      Plaintiff,<br><br>        v.<br><br>**BEBE STORES, INC.**,<br>      Defendant. | Case No. 14-cv-00267-YGR<br><br>**CASE MANAGEMENT ORDER**<br>Re: Dkt. No. 109, 110 |

On September 26, 2016, the parties filed a Joint Case Management Statement in advance of their Case Management Conference currently set for Monday, October 3, 2016. (Dkt. No. 109.) On September 27, 2016, the parties filed a stipulation to continue the same. (Dkt. No. 110.) The Court has reviewed the parties' submissions and issues the following order:

The Court **CONTINUES** the Case Management Conference currently set for October 3, 2016 to **Monday, December 12, 2016.**

The Court hereby **SETS** a compliance hearing for **Friday, November 18, 2016** at **9:01 a.m.**, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1, regarding the filing of a notice and opt-out plan pursuant to Paragraph 9 of the parties' Joint Case Management Statement. Five (5) days prior to the compliance hearing, the parties shall file either (i) the notice and opt-out plan; or (ii) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

The Court further **SETS** the following schedule:

| | |
|---|---|
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: February 1, 2017<br>Rebuttal: February 15, 2017 |
| EXPERT DISCOVERY CUTOFF: | March 1, 2017 |

| | |
|---|---|
| DISPOSITIVE AND *DAUBERT* MOTIONS[1] TO BE HEARD BY: | April 4, 2017 |

This Order terminates Docket Number 110.

**IT IS SO ORDERED.**

Dated: September 28, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

2