# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELITA MEYER, ET AL.,** | **CASE NO.** 14-cv-00267-YGR |
| **PLAINTIFFS,** | |
| V. | **ORDER ON STIPULATION TO EXTEND TRIAL SCHEDULING ORDER** |
| **BEBE STORES, INC.,** | **DKT. NO. 146** |
| **DEFENDANT.** | |

The Court has reviewed the parties' stipulation to extend the trial scheduling order. Due to the Court's trial schedule, the request is **DENIED**. The Court will **CONTINUE** the hearing for dispositive and *Daubert* motions from April 4, 2017 to **May 16, 2017** at **2:00 p.m.** The parties may propose an alternative expert discovery cutoff.

This Order terminates Docket Number 146.

**IT IS SO ORDERED.**

Dated: March 6, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**