# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELITA MEYER, ET AL.,**<br>Plaintiffs,<br>vs.<br>**BEBE STORES, INC.,**<br>Defendant. | CASE NO. 14-cv-00267-YGR<br><br>**ORDER VACATING DATES; SETTING SCHEDULE FOR PRELIMINARY APPROVAL** |

The Court understands, based on the representation of the parties at their Case Management Conference held on April 10, 2017, that the above-captioned case has reached a class settlement. Accordingly, all pending motion, case management, and trial dates are **VACATED**. The Court **SETS** the following dates for the motion for preliminary approval of such settlement: The motion for preliminary approval shall be filed by **June 13, 2017**. The hearing on such motion shall be held on **Tuesday, July 18, 2017** at **2:00 p.m.**

As guidance, the Court refers the parties to the following dockets as examples of class notices previously approved by the Court: *Bush v. Liberty Life Assurance Company of Boston*, No. 14-CV-1507 (N.D. Cal. Sept. 27, 2016) (Dkt. No. 163); *see also Bias v. Wells Fargo & Company*, No. 12-CV-664 (N.D. Cal. Mar. 18, 2016) (Dkt. No. 223). The Court further refers the parties to the Northern District's Procedural Guidance for Class Action Settlements located at www.cand.uscourts.gov/ClassActionSettlementGuidance.

**IT IS SO ORDERED.**

Dated: April 12, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**