# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELITA MEYER, et al., individuals, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEBE STORES, INC.<br><br>Defendants. | Case No. 14-cv-00267-YGR<br><br>**[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Preliminary Approval of Class Settlement**<br><br>***AS MODIFIED BY THE COURT***<br><br>Date: July 18, 2017<br>Time: 2:00 p.m.<br>Dept. 1, 4th Floor<br>Judge: Hon. Yvonne Gonzales Rogers |
| Related Case | Case No.: 14-CV-01968-YGR |

This matter came on for hearing before the Court on July 18, 2017, at 2:00 p.m., in Courtroom 1, of the United States District Court, Northern District of California, located at 1301 Clay Street, Oakland, CA 94612 before the Honorable Yvonne Gonzalez Rogers, pursuant to Plaintiffs' noticed Motion for Preliminary Approval of Class Action Settlement. Appearances were noted in the record.

The Court having reviewed the materials submitted by the parties, the hearing held July 18, 2017, and for the reasons stated on the record as well as those discussed below, the Court finds and orders as follows:

The Court, having considered the documents filed by the parties in connection with the class action settlement, the arguments of counsel, the Motion for Preliminary Approval of Class Action Settlement, filed June 13, 2013, and all pleadings and papers in the record, hereby grants final preliminary approval of the class settlement and HEREBY ORDERS AND MAKES THE FOLLOWING DETERMINATIONS:

1. ***Definitions***. Except as otherwise specified herein, the Court for purposes of this Preliminary Approval Order adopts all defined terms set forth in the Settlement Agreement and Release ("Settlement Agreement"), attached hereto as Exhibit 1.

1.

1. ***Jurisdiction***. This Court has jurisdiction over the subject matter of this litigation and all claims raised in this action and released in the Settlement Agreement, and personal jurisdiction over all Settlement Class Members. Specifically, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

2. ***Notice***. This Court finds that the proposed Email Notice (attached as Exhibit 2), Publication Notice (attached as Exhibit 3) and Full Notice (attached as Exhibit 4) in Section 3.3 of the Settlement Agreement are designed to (i) inform Class Members fully and accurately about the class action and Settlement, including providing information designed to assist Class Members' when deciding whether to accept the benefits offered in the Settlement, opt-out and pursue their own remedies, or object to the proposed Settlement; (ii) provide procedures for Class Members to file a valid Claim Form timely (attached as Exhibit 5), electing to receive a Settlement Payment; (iii) provide procedures for Class Members to file written objections to the proposed Settlement, to appear at the final fairness hearing, and to state objections to the proposed Settlement; (iv) provide procedures for Class Members to exclude themselves from the proposed Settlement in a timely manner; (v) advise the Class Members of the proposed Service Award payable to Plaintiffs Melita Meyer and Courtney Barrett; (vi) advise the Class Members of the proposed Attorney's Fees payable to Class Counsel; and (vii) provide the time, date, and place of the final fairness hearing. The Court finds and determines that the notice procedure in Section 3.3 of the Settlement Agreement will afford adequate protections to Class Members and will provide a basis for the Court to make an informed decision regarding final approval of the Settlement based on the responses of Class Members. The Court finds and determines that the notice procedure in Section 3.3 of the Settlement Agreement is the best notice practicable and will satisfy the requirements of Fed. R. Civ. P. 23 and due process. Defendant bebe shall notify Class Members of the settlement in the manner specified under Section 3.3 of the Settlement Agreement.

3. ***Settlement Terms***. Upon review of the record, the Court hereby finds that the Settlement Agreement, including, but not limited to, the proposed Settlement Payments appear to be, in all respects, fair, adequate to the Settlement Class and to each Settlement Class Member.

[P~~ROPOSED~~] O**RDER** R**E** P**RELIMINARY** A**PPROVAL OF** S**ETTLEMENT** & P**ROVISIONAL** C**LASS** C**ERTIFICATION**
4853-2476-2695.v1

4849-7977-5562.v2

The Court took into account: (a) the complexity of Plaintiffs' theory of liability; (b) the arguments raised by bebe in its pleadings, motions, and Petition filed with the Federal Communications Commission that could potentially preclude or reduce the recovery by Class Members; (c) that delays in any award to the Class that would occur due to further litigation and appellate proceedings; (d) the amount of discovery that has occurred; (e) Air2Web, Inc.'s absence from the litigation; (f) the parties' representations regarding bebe's financial condition; (g) the relief provided to the Settlement Class Members; and (h) the recommendation of the Settlement Agreement by counsel for the Parties.

1. ***Provisional Certification of Class***. Solely for purposes of effectuating this Settlement, this Court certifies the "Class" as "all persons in the United States who provided their mobile telephone number to bebe in one of bebe's stores at the point-of-sale between October 16, 2013 and January 21, 2014 and received an SMS or text message from bebe before January 22, 2014. For purposes of this Settlement, Rodriguez is also part of the Class and a Class Member. Excluded from the Class are bebe's Counsel, officers, directors, employees and agents." This Class was certified in the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion For Class Certification (Dkt. No. 106) as two sub-classes:

*Post-October 16, 2013 Non-Club Bebe Class*

All persons within the United States who provided their mobile telephone number to bebe in one of bebe's stores at the point-of-sale and were sent an SMS or text message from bebe during the period of time beginning October 16, 2013 and continuing until the date the Class is certified, who were not members of Club bebe during the Class Period.

*Post-October 16, 2013 Club Bebe Class*

All persons within the United States who provided their mobile telephone number to bebe in one of bebe's stores at the point-of-sale and were sent an SMS or text message from bebe during the period of time beginning October 16, 2013 and continuing until the date the Class is certified, who were members of Club bebe during the Class Period.

2. ***Rule 23 Findings***. With respect to the Settlement Class and for purposes of his Preliminary Approval Order only, this Court finds and concludes that: (a) the Members of the Settlement Class are ascertainable and so numerous that joinder of all members is impracticable; (b) common questions of law or fact exist as to the Settlement Class which predominate over any

3.

individual issues; (c) the claims of Class Representatives Melita Meyer and Courtney Barrett are typical of the claims of the members of the Class, which is comprised of the two sub-class provisionally certified by the Court; (d) the Class Representatives have fairly and adequately protected the interests of the Members of the Class; (e) a class action is superior to other available methods for an efficient adjudication of this controversy; and (f) the counsel of record for the Class Representatives, i.e., Class Counsel, are qualified to serve as counsel for Plaintiffs in their individual and representative capacities and for the Settlement Class. The Court's findings are based on Plaintiff's motions for class certification and preliminary approval, and on the fact that bebe has not opposed class certification for the limited purpose of class action settlement. This Order is for settlement purposes only, and shall not constitute or be construed as an admission by bebe that this Action is appropriate for class treatment for litigation purposes.

3. ***Claim Forms***. Class Members who want to receive a Settlement Payment under the Settlement Agreement must timely submit a valid and complete Claim Form to the Claims Administrator no later than ninety (90) calendar days after entry of this Order.

4. ***Objection to Settlement***. Class Members who have not submitted a timely written exclusion request pursuant to paragraph 10 below and who want to object to the Settlement Agreement must file such objection with the Court no later than ninety (90) calendar days after entry of this Order. The delivery date is deemed to be the date the objection is properly filed with this Court. The objection must include: (a) the name and case number of the Action "*Meyer v. bebe stores, inc., et al.*, Case 14-cv-00267"; (b) the full name, address, and telephone number of the person objecting (email address is optional); (c) the words "Notice of Objection" or "Formal Objection"; and (d) in clear and concise terms, the objection and legal and factual arguments supporting the objection; and (e) facts showing that the person objecting is a Class Member. The written objection must be signed and dated, and must include the following language immediately above the signature and date "I declare under penalty of perjury under the laws of the United States of America that the foregoing statements regarding class membership are true and correct to the best of my knowledge." Any Class Member who files and serves a written objection, as described in this paragraph, may appear at the Fairness Hearing, either in person or through

4.

**[Proposed] Order Re Preliminary Approval of Settlement & Provisional Class Certification**
4853-2476-2695.v1

4849-7977-5562.v2

personal counsel hired at the Class Member's expense, to object to the Settlement Agreement. Class Members, or their attorneys, intending to make an appearance at the Fairness Hearing, however, must include on a timely and valid objection a statement substantially similar to "Notice of Intention to Appear." If the objecting Class Member intends to appear at the Fairness Hearing through counsel, he or she must also identify the attorney(s) representing the objector who will appear at the Fairness Hearing and include the attorney(s) name, address, phone number, e-mail address, and the state bar(s) to which counsel is admitted. If the objecting Class Member intends to request the Court to allow the Class Member to call witnesses at the Fairness Hearing, such request must be made in the Class Member's written brief, which must also contain a list of any such witnesses and a summary of each witness's expected testimony. Only Class Members who timely file an objection containing a Notice of Intention to Appear may speak at the Fairness Hearing. An objection will not be valid if it only objects to the lawsuit's appropriateness or merits.

5. ***Failure to Object to Settlement.*** Class Members who fail to object to the Settlement Agreement in the manner specified above will: (1) be deemed to have waived their right to object to the Settlement Agreement; (2) be foreclosed from objecting (whether by a subsequent objection, intervention, appeal, or any other process) to the Settlement Agreement; and (3) not be entitled to speak at the Fairness Hearing.

6. ***Requesting Exclusion***. Class Members who want to be excluded from the settlement must send a letter or postcard to the Claims Administrator stating: (a) the name and case number of the Action "*Meyer, et al., v. bebe stores, inc.*, Case No. 14-cv-00267"; (b) the full name, address and mobile telephone number of the person requesting exclusion (email address is optional); and (c) a statement that the person does not wish to participate in the settlement. The request must be postmarked no later than ninety (90) calendar days after entry of this Order.

7. ***Conditional Appointment of Class Representatives and Class Counsel***. Plaintiffs Melita Meyer and Courtney Barret are conditionally certified as the Class Representatives to implement the Parties' Settlement in accordance with the Settlement Agreement. The law firms of Strategic Legal Practices, APC, Mazie Slater Katz & Freeman, LLC, Kearney Littlefield LLP

and EcoTech Law Group are conditionally appointed as Class Counsel. Plaintiff and Class Counsel must fairly and adequately protect the Class's interests.

8. *Termination*. If the Settlement Agreement terminates for any reason, this Action will revert to its previous status in all respects as it existed immediately before the Parties executed the Settlement Agreement, except as modified by the Court's Order Vacating Dates; Setting Schedule for Preliminary Approval (Dkt. No. 153). This Order will not waive or otherwise impact the Parties' rights or arguments.

9. *No Admissions*. Nothing in this Order is, or may be construed as, an admission or concession on any point of fact or law by or against any Party.

10. *Stay of Dates and Deadlines*. All discovery and pretrial proceedings and deadlines are stayed and suspended until further notice from the Court, except for such actions as are necessary to implement the Settlement Agreement and this Order.

11. *CAFA Notice*. The Court finds that bebe has complied with 28 U.S.C. § 1715(b).

12. *Fairness Hearing*. On November 28, 2017 at 2:00 p.m., this Court will hold a Fairness Hearing to determine whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate. Based on the date of this Order and the date of the Fairness Hearing, the following are the certain associated dates in this Settlement:

| **Event** | **Timing** | **Date** |
|---|---|---|
| Last day for bebe, via the Claims Administrator, to send Email Notice, to provide Publication Notice, and to start operating the Settlement Website | 30 calendar days after entry of this Order | August 18, 2017 |
| Last day for Plaintiffs to file fee petition | 69 calendar days after entry of this Order | September 26, 2017 |
| Last day for Class Members to file a claim, request exclusion or object to the Settlement | 90 calendar days after entry of this Order | October 17, 2017 |

6.

[P̶r̶o̶p̶o̶s̶e̶d̶] ORDER RE PRELIMINARY APPROVAL OF SETTLEMENT & PROVISIONAL CLASS CERTIFICATION
4853-2476-2695.v1

4849-7977-5562.v2

| Event | Timing | Date |
|---|---|---|
| Last day for parties to file opening briefs in support of the Final Order | 35 calendar days before the Fairness Hearing | October 24, 2017 |

This Court may order the Fairness Hearing to be postponed, adjourned or continued. If the Fairness Hearing is postponed, adjourned or continued, the updated hearing date shall be posted on the Settlement Website, but bebe will not be required to provide any additional notice to Class Members.

DATED: July 19, 2017

*[signature]*
YVONNE GONZÁLEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

7.

**[PROPOSED] ORDER RE PRELIMINARY APPROVAL OF SETTLEMENT & PROVISIONAL CLASS CERTIFICATION**
4853-2476-2695.v1

4849-7977-5562.v2