**EXHIBIT 2**
**EMAIL NOTICE**

To: [EMAIL ADDRESS IN BEBE'S CRM DATABASE]

From: _____

Re: LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION

**If you provided your mobile telephone number to bebe at the point-of-sale on or between October 16, 2013 and January 21, 2014 and you received an SMS or text message from bebe or on its behalf before January 22, 2014, you may be eligible to receive a <u>$20 payment</u> from bebe.**

**WHY DID I GET THIS NOTICE?** A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Northern District of California ("Court") titled *Meyer, et al., v. bebe stores, inc.*, Case No. 14-cv-00267-YGR ("Action"). According to available records, you might be a "Class Member." The purpose of this Notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**WHAT IS THE ACTION ABOUT?** The Action was filed against bebe stores, inc. ("bebe") by Plaintiffs Melita Meyer, Samantha Rodriguez and Courtney Barrett ("Plaintiffs") alleging that bebe violated the federal Telephone Consumer Protection Act by sending SMS or text messages without the required consent. bebe denies that it violated any law or engaged in any wrongdoing, and denies that it has any liability. Both sides disagree regarding whether Plaintiffs or bebe would prevail if the Action proceeded to trial and on how much, if anything, the Plaintiffs and Class Members could have recovered if the Plaintiffs won at trial. <u>No court has decided which side is right. But both sides agree that it is in the Class Members' best interests to resolve this action through the proposed Settlement.</u>

**AM I A CLASS MEMBER?** You are a Class Member if you are a person in the United States who provided your mobile telephone number to bebe in one of bebe's stores at the point-of-sale between October 16, 2013 and January 21, 2014 and you received an SMS or text message from bebe or on its behalf before January 22, 2014.

**WHAT RELIEF DOES THE SETTLEMENT PROVIDE?** If you are a Class Member, you are eligible to receive a one-time cash payment of $20 ("Settlement Payment"). *See Section 2.1(a) of this Settlement Agreement for the terms and conditions of the Settlement Payment. To receive a Settlement Payment you are required to timely submit a valid and complete Claim Form. A Claim Form is available on the Settlement Website at _____. The deadline to submit a Claim Form is _____.

**WHAT ARE MY OTHER OPTIONS?** If you don't want to be legally bound by the Settlement, you must exclude yourself by requesting exclusion, as contemplated by Section 10 of the Settlement Agreement, or you won't be able to sue bebe about the legal claims in the Action ever again. If you exclude yourself, you are not eligible to receive a Settlement Payment from this Settlement. If you stay in the Settlement, you may object to it by filing an objection, as contemplated by Section 8 of the Settlement Agreement. The Full Notice available at _____ explains how to request exclusion and object. The Court will hold a hearing on _____, 2017, in Courtroom 1, 4th Floor of the U.S. District Court for the Northern District of California, located at 1301

Clay Street, Oakland, CA 94612 to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Strategic Legal Practices, APC, Mazie Slater Katz & Freeman, LLC, Kearney Littlefield LLP and EcoTech Law Group) for $283,000 in attorneys' fees and costs, and the class representatives' request for service awards totaling $3,000.  You may ask to appear at the hearing, but you don't have to.

**More information?**   For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit the Settlement Website at _____.  You may also write to the Claims Administrator at the email address _____.