**EXHIBIT 3**
**PUBLICATION NOTICE**

If you provided your mobile telephone number to bebe in one of bebe's stores at the point-of-sale on or after October 16, 2013 but before January 21, 2014 and received an SMS or text message from bebe or on its behalf before January 22, 2014?  A settlement may affect your rights.  You could be entitled to a $20 payment from bebe.  Click <u>HERE</u> for more info.