# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

MELITA MEYER, et al., individuals, on )     Case Number: 4:14-cv-00267-YGR
behalf of themselves and all others )
similarly situated, )
                       )
         Plaintiff, )     DECLARATION OF CHRISTOPHER Q.
                       )     LONGLEY, ESQ. ON NOTICE PLAN
         v. )     AND ADMINISTRATION.
                       )
BEBE STORES, INC. )
                       )
_____ Defendant. _____)

## DECLARATION OF CHRISTOPHER Q. LONGLEY, ESQ. ON NOTICE PLAN AND

## ADMINISTRATION

CHRISTOPHER Q. LONGLEY, ESQ. of full age, hereby declares under penalty of perjury as

follows:

1.  I am the Chief Executive Officer and Co-Founder of Atticus Administration LLC

    ("Atticus"). I am fully familiar with the facts contained herein based upon my personal

    knowledge and involvement with the case.

2.  Prior to founding Atticus Administration LLC, I was the President of Dahl Administration, a

    nationally recognized class action and claims administration company. I have been

    responsible for whole or in part for the design and implementation of more than 300 class

    action administration and notice plans, including many consumer labeling cases and TCPA

    cases.

3. Atticus Administration, LLC is the Settlement Administrator for the above-captioned action and is responsible for carrying out the terms of the *Settlement Agreement and Release* ("Settlement Agreement") as ordered by the Court in its *Order Granting Preliminary Approval of Class Settlement* ("Order") dated July 19, 2017.

4. The purpose of this Declaration is to inform the parties and the Court of settlement administration activities performed by Atticus Administration to date. This Declaration describes: (i) the methods of providing Notice of Proposed Class Action Settlement ("Notice") to the Class in accordance with the Settlement Agreement; (ii) the Notice of Proposed Class Action Settlement in accordance with Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA Notice"); (iii) the implementation of settlement website and email address; (iv) the Claims Process and total number of Claims filed to date; (v) the receipt and processing of Requests for Exclusions and Objections; and (vi) Settlement Administration Cost.

## **NOTICE TO THE CLASS**

5. On June 19, 2017, Atticus received a list of the 38,460 Class Members to be Noticed ("Class Data List") from defense counsel. Notice of this proposed settlement was provided to the Settlement Class through the following methods:

   a) **SETTLEMENT WEBSITE NOTICE:** On August 17, 2017, Atticus established the Settlement Website: www.bebeTCPASettlement.com. In addition to general information regarding the proposed settlement, the Settlement Website provided a downloadable PDF of the Long Form Notice. A copy of the Long Form Notice is attached hereto as Exhibit A.

b) **EMAIL NOTICE:** Of the 38,460 Class Members on the Class Data List, email addresses were provided for a total of 17,859 Class Members. On August 18, 2017 Email Notice was sent to these 17,859 Class Members. Of the 17,859 emails sent, 16,196 were successful, and 1,663 were those with an email address that did not accept the email sent or that marked the email as spam. Of the 16,196 emails successfully sent, a total of 5,788 emails were opened. Therefore, of the 17,859 Class Members with email addresses provided, 91% were successfully sent the Email Notice, and 42% of the Settlement Class provided in the Class Data List was reached through Email Notice. A copy of the Email Notice is attached hereto as Exhibit B.

c) **PUBLICATION NOTICE:** In conjunction with the Email Notice and the Settlement Website Notice, a Publication Notice was given in the form of the digital ad notice campaign consisting of internet display banner ads. The digital ad notice campaign ran for a four (4) week period between August 18, 2017 to September 15, 2017 and resulted in a total of 5,771,077 impressions, 22,439 clicks, and an estimated reach of least 75% of the target audience. The FJC's Judge's Class Action Notice and Claims Process Checklist and Plain Language Guide considers 70 to 95% reach among class members as reasonable notice. Based upon my professional experience and expertise, the digital ad notice campaign was the best practicable under the circumstances of this case. A copy of the digital ad notice campaign is attached hereto as Exhibit C.

## CAFA NOTICE

6. On June 23, 2017, as required by 28 U.S.C. §1715 (a) and (b), Atticus mailed the CAFA Notice and accompanying documents via USPS Priority Mail to the Attorneys General in

each of the fifty states, the District of Columbia, and the U.S. Territories, and the Attorney General of the United States. A copy of the CAFA Notice is attached hereto as Exhibit D.

## SETTLMENT WEBSITE AND RESPONSE MECHANISMS

7. On August 17, 2017, Atticus established the settlement website with the following URL www.bebeTCPASettlement.com containing general information regarding the proposed settlement. The website also provides applicable court documents for download such as the Settlement Agreement, Preliminary Approval Order, Long-Form Notice, and Claim Form, and provides important dates pertinent to this settlement. The website also provides online claim filling and settlement contact information.

8. On August 17, 2017, Atticus also established a settlement email address for Class Members with questions regarding the settlement. The email is info@bebeTCPAsettlement.com.

9. Atticus has received 43,082 visits to the settlement website during the Claims Period and 7 emails to the settlement email address during the Claims Period.

## CLAIM FORM SUBMISSIONS AND VALIDATION

10. The deadline to submit a Claim Form in this Settlement was October 17th, 2017. At the time of this Declaration, Atticus received a total of 207 claims, 3 of which were untimely.

11. During the claims filing period of August 17, 2017 to October 17, 2017, Class Members could submit their claims either online via the settlement website. Class Members could also submit their claim forms via postal mail, email, or fax to the Settlement Administrator at the contact information provided on the Notice, the Claim Form, and on the settlement website.

12. In order to complete and submit a claim online on the settlement website, it was required that the claimant enter a valid mobile phone number in the initial validation screen. If the mobile phone number entered was determined to have been included the Class Data List and thus a

4

1    valid mobile phone number, the claimant would be directed to the Claim Form Submission

2    page to complete and submit their claim form to the Settlement Administrator.

3    13. Atticus is actively auditing all claims. Of the 207 total submitted claims, there are 72 valid

4    claims, 131 invalid claims, and 4 duplicate claims.

5    14. A copy of the Claim Form is attached hereto as Exhibit E.

## REQUESTS FOR EXCLUSIONS AND WRITTEN OBJECTIONS

7    15. The deadline for Settlement Class Members to request exclusion from the Settlement was

8    October 17, 2017. As of this date, Atticus received zero (0) requests for exclusion. Atticus

9    shall inform counsel of any requests for exclusion received after the date of this Declaration.

10   16. The deadline for Settlement Class Members to submit written objections to the Settlement

11   was October 17, 2017. As of the date of this Declaration, Atticus has received zero (0)

12   objections.

## SETTLEMENT ADMINISTRATION COSTS

14   17. The costs of administration for this Settlement to be paid to Atticus Administration are

15   $16,265.00 in total. The detail breakdown of these costs to administer the Settlement,

16   including all duties and responsibilities as set forth in the Settlement Agreement, are as

17   follows: $7,123.00 for Email Notice and Publication Notice, $1,800 for project management,

18   $4,093 for claims administration and overall communications, $999.00 for CAFA Notice,

19   and $2,250 for treasury, tax reporting, payment reporting, printing and mailing distribution

20   checks to Class Members.

21   **I declare under penalty of perjury under the laws of the United States and the State of**

22   **California that the foregoing is true and correct.**

23   Date: _23 Oct 17_          Signature: _____

5

# Exhibit A

| *MELITA MEYER, et al*., v.<br>*BEBE STORES, INC*.<br><br>Related Case | Case No.  14-cv-00267-YGR<br><br><br>Case No.: 14-CV-01968-YGR |
|---|---|

### NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**TO:** All persons in the United States who provided their mobile telephone number to bebe in one of bebe's stores at the point-of-sale between October 16, 2013 and January 21, 2014 and received an SMS or text message from bebe or on its behalf before January 22, 2014, and who have not validly opted-out of being part of the Settlement of this Action.

### IF YOU ARE A MEMBER OF THIS CLASS OF PERSONS, YOU SHOULD READ THIS NOTICE CAREFULLY BECAUSE IT WILL AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.

A settlement ("Settlement") has been proposed in the class action lawsuit referenced above pending in the U.S. District Court for the Northern District of California, Case No. 14-cv-00267-YGR ("Action"). If the Court gives final approval to the Settlement, bebe stores, inc. ("bebe") will provide for each Class Member who timely submits a valid and complete Claim Form a one-time payment of $20 ("Settlement Payment").

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get a Settlement Payment under the Settlement is to visit the Settlement Website located at www.bebetcpasettlement.com to obtain a Claim Form. A Claim Form may be  submitted on the Settlement Website at www.bebetcpasettlement.com or by emailing it to the Claims Administrator at info@bebetcpasettlement.com. | Deadline:<br><br>October 17, 2017 |
| **EXCLUDE YOURSELF** | If you exclude yourself from the Settlement, you will not receive a Settlement Payment under the Settlement. Excluding yourself is the only option that allows you to ever bring or maintain your own lawsuit against bebe regarding the allegations in the Action ever again. | Deadline:<br><br>October 17, 2017 |
| **OBJECT** | You may write to the Court about why you object to (*i.e.*, don't like) the Settlement and think that it should not be approved. Filing an objection with the Court will not exclude you from the Settlement, but you must still submit a claim form to be eligible for the Settlement Payment. | Deadline:<br><br>October 17, 2017 |

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **GO TO THE "FAIRNESS HEARING"** | The Court will hold a "Fairness Hearing" to consider the Settlement, the request for attorneys' fees and costs of the lawyers who brought the action, and the Plaintiff Melita Meyer's and Courtney Barrett's request for an incentive award for bringing the Action. <br> You may, but are not required to, speak at the Fairness Hearing about any objection you filed with the Court relating to the Settlement. If you intend to speak at the Fairness Hearing, you must also include as part of your objection filed with the Court a "Notice of Intention to Appear" indicating your intent to do so. | Hearing Date: <br><br> November 28, 2017 |
| **DO NOTHING** | You will not receive a Settlement Payment under the Settlement. You will also give up your right to object to the Settlement and you will not be able to be part of any other lawsuit about the allegations in the Action. | N/A |

- These rights and options—**and the deadlines to exercise them**—are explained in more detail below.

- The Court in charge of this Action has preliminarily approved the Settlement and must decide whether to give final approval to the Settlement. The relief provided to Class Members will be provided only if the Court gives final approval to the Settlement and, if there are any appeals, after the appeals are resolved in favor of the Settlement. ***Please be patient***.

## WHAT THIS NOTICE CONTAINS

**BACKGROUND INFORMATION**………………………………………………………..3-4
1.  Why did I get this notice?
2.  What is this Action about?
3.  Why is this a class action?
4.  Why is there a Settlement?
5.  How do I know if I am part of the Settlement?
6.  I'm still not sure if I am included

**THE PROPOSED SETTLEMENT**………………………………………………..…...4
7.  What relief does the Settlement provide to the Class Members?

**HOW TO REQUEST A SETTLEMENT PAYMENT – SUBMITTING A CLAIM FORM**…………………………………………………..…………4
8.  How can I get a Settlement Payment?
9.  When will I get a Settlement Payment?

**THE LAWYERS IN THIS CASE AND THE REPRESENTATIVE PLAINTIFFS**……...…5
10.  Do I have a lawyer in this case?
11.  How will the lawyers be paid?
12.  Will the Representative Plaintiffs receive any compensation for

their efforts in bringing this Action?

**DISMISSAL OF ACTION AND RELEASE OF ALL CLAIMS**…………………….……5

13.   What am I giving up to obtain relief under the Settlement?

**HOW TO EXCLUDE YOURSELF FROM THE SETTLEMENT**…………………………5

14.   How do I exclude myself from the Settlement?

**HOW TO OBJECT TO THE SETTLEMENT**………………………………………………..6

15.   How do I tell the Court that I do not like the Settlement?

16.   What is the difference between excluding myself and objecting to the Settlement?

**FAIRNESS HEARING**……………………………………………….…………7

17.   What is the Fairness Hearing?

18.   When and where is the Fairness Hearing?

19.   May I speak at the hearing?

**ADDITIONAL INFORMATION**……………………………………………….………7-8

20.   How do I get more information?

21.   What if my address or other information has changed or changes after I submit a Claim Form?

## BACKGROUND INFORMATION

### 1.   *Why did I get this notice?*

You received this Notice because a Settlement has been reached in the above-described Class Action. According to bebe's available records you might be a Class Member for this litigation and may be eligible for the relief detailed below.

This Notice explains the nature of the Action, the general terms of the proposed Settlement, and your legal rights and obligations. To obtain more information about the Settlement, including information about how you can see a copy of the Settlement Agreement (which defines certain capitalized terms used in this Notice), see Section 20 below.

### 2.   *What is this action about?*

Plaintiffs Melita Meyer, Samantha Rodriguez and Courtney Barrett (the "Representative Plaintiffs") filed a lawsuit against bebe on behalf of themselves and all others similarly situated. Their complaint alleges that bebe sent SMS or text messages without the required consent to send such messages.

bebe denies each and every one of the allegations of unlawful conduct, the alleged lack of appropriate consent, any wrongdoing, and any liability whatsoever, and no court or other entity has made any judgment or other determination that bebe has violated the law or is liable to anyone that might be a Class Member. bebe further denies that any Class Member is entitled to any relief and, other than for settlement purposes. bebe denies any wrongdoing and any liability whatsoever.

**The issuance of this Notice is not an expression of the Court's opinion on the merits or the lack of merits of the Representative Plaintiffs' claims in the Action.**
For information about how to learn about what has happened in the Action to date, please see Section 20 below.

### 3. Why is this a class action?

In a class action lawsuit, one or more people called "Representative Plaintiff(s)" (in this Action, Plaintiffs Melita Meyer, Samantha Rodriguez and Courtney Barrett) sue on behalf of other people who have similar claims. For purposes of this proposed Settlement, the Court in which the Action was filed will resolve the issues for the Representative Plaintiffs as well as for all of the people they seek to represent (referred to as "Class Members"). The company sued in this Action, bebe, is called the Defendant.

### 4. Why is there a Settlement?

The Representative Plaintiffs have made claims against bebe. bebe denies that it has done anything wrong or illegal, and has admitted no liability. The Court has **not** decided that the Representative Plaintiffs or bebe should win this Action.   Instead, both sides have agreed to settle the Action to avoid the cost of a trial, to avoid the risks of litigation, and to avoid the Class Members being required to wait possible years for a resolution of the Action.

### 5. How do I know if I am part of the Settlement?

If you provided your mobile telephone number to bebe in one of bebe's stores at the point-of-sale (i.e., the cash register) between October 16, 2013 and January 21, 2014 <u>and</u> you received an SMS or text message from bebe or on its behalf before January 22, 2014, you may be eligible to receive a $20 Settlement Payment from bebe. Excluded from the Class are bebe's Counsel, officers, directors, employees and agents, and those individuals who have validly opted-out.

### 6. I'm still not sure if I am included.

If you are still not sure whether you are included, you can submit a request for more information to the Claims Administrator for free help about whether you are a Class Member. The email address of the Claims Administrator is <u>info@bebetcpasettlement.com.</u>

## THE PROPOSED SETTLEMENT

### 7. What relief does the Settlement provide to the Class Members?

bebe has agreed to provide each Class Member with the option to receive either (a) a one-time payment of $20 from bebe made payable to you (a "Settlement Payment"). The terms and conditions of the Settlement Payment are described more fully in Section 2.1(a) of the Settlement Agreement and available on the Settlement Website at www.bebetcpasettlement.com.

## HOW TO REQUEST A SETTLEMENT PAYMENT – SUBMITTING A CLAIM FORM

### 8. How can I get a Settlement Payment?

To qualify for a Settlement Payment, you must submit a valid and complete Claim Form by the deadline. A Claim Form is available by clicking <u>HERE</u> or on the Internet at the website <u>www.bebetcpasettlement.com</u>. The Claim Form may be submitted electronically or via email. Read the instructions carefully, fill out the form accurately and completely, and submit the completed Claim Form online on or before 11:59 p.m. (Pacific Standard Time) on <u>October 17, 2017.</u>

### 9. When will I get a Settlement Payment?

As described in Sections 17 and 18 below, the Court will hold a Final Fairness hearing on <u>November 28, 2017</u> at <u>2:00 p.m.</u>, to decide whether to approve the Settlement.  If the Court approves the Settlement, after that, there may be appeals. It's always uncertain whether these

appeals can be resolved, and resolving them can take time, perhaps more than a year. You can check on the progress of the case on the website dedicated to the Settlement at www.bebetcpasettlement.com. *Please be patient.*

## THE LAWYERS IN THIS CASE AND THE REPRESENTATIVE PLAINTIFF

**10.** *Do I have a lawyer in this case?*

The Court has ordered that the law firms of Strategic Legal Practices, APC, Mazie Slater Katz & Freeman, LLC, Kearney Littlefield LLP and EcoTech Law Group ("Class Counsel") will represent the interests of all Class Members. You will not be separately charged for these attorneys. If you want to be represented by your own attorney, you may hire one at your own expense.

**11.** *How will the lawyers be paid?*

bebe has agreed to pay Class Counsel's attorneys' fees and costs up to $283,000, subject to approval by the Court. You will not be required to pay any attorneys' fees or costs for Class Counsel's attorneys' fees and costs unless you retain your own personal attorney.

**12.** *Will the Representative Plaintiffs receive any compensation for their efforts in bringing this Action?*

Representative Plaintiff Melita Meyer will request a service award (also known as an "incentive award") of up to $2,000 for her services as a subclass representative and Plaintiff Courtney Barrett will request a service award of up to $1,000 for her services as a subclass representative; Plaintiff Samantha Rodriguez will not receive a service award but bebe has agreed to waive its right to seek reimbursement for its costs relating to the Action filed by Samantha Rodriguez. The Court will make the final decision as to the amount to be paid to the Representative Plaintiffs.

## DISMISSAL OF ACTION AND RELEASE OF ALL CLAIMS

**13.** *What am I giving up to obtain relief under the Settlement?*

If the Court approves the proposed Settlement, unless you timely exclude yourself from the Settlement, you will be releasing any claim that you may have in the Action against bebe. This generally means that you will not be able to file a lawsuit, continue prosecuting a lawsuit, or be part of any other lawsuit against bebe regarding the allegations in the Action. The Settlement Agreement, available on the Settlement Website at www.bebetcpasettlement.com contains the full terms of the Settlement Agreement and Release.

## HOW TO EXCLUDE YOURSELF FROM THE SETTLEMENT

**14.** *How do I exclude myself from the Settlement?*

You may exclude yourself from the Class and the Settlement. If you want to be excluded, you must send a letter or postcard stating: **(a)** the name and case number of the Action "*Meyer, et al., v. bebe stores, inc.*, Case No. 14-cv-00267-YGR"; **(b)** your full name, address, and mobile telephone number (email address optional); and **(c)** a statement that you do not wish to participate in the Settlement, postmarked no later than October 17, 2017 to the Claims Administrator at:

*Meyer, et al., v. bebe stores, inc. Settlement*
c/o Atticus Administration, LLC
PO Box 1440
Minneapolis, MN 55440

If you timely request exclusion from the Class, you will be excluded from the Class, you will not be bound by the judgment entered in the Action, you will not be precluded from prosecuting any timely, individual claim against bebe based on the conduct complained of in the Action, and you will not be entitled to receive a Settlement Payment as contemplated by the Settlement.

## HOW TO OBJECT TO THE SETTLEMENT

**15.** *How do I tell the Court that I do not like the Settlement?*

At the date, time, and location stated in Section 18 below, the Court will hold a Fairness Hearing to determine if the Settlement is fair, reasonable, and adequate, and to also consider Class Counsel's request for an award of attorneys' fees and costs, and an incentive or service award to the Representative Plaintiffs.

If you wish to object to the fairness, reasonableness, or adequacy of the Settlement Agreement and Release or the proposed Settlement, you must file a written objection with the Court no later than October 17, 2017.

Any written objections must include: (a) the name and case number of the Action "*Meyer v. bebe stores, inc., et al.*, Case 14-cv-00267"; (b) the full name, address, and telephone number of the person objecting (email address is optional); (c) the words "Notice of Objection" or "Formal Objection"; and (d) in clear and concise terms, the objection and legal and factual arguments supporting the objection; and (e) facts showing that the person objecting is a Class Member. The written objection must be signed and dated, and must include the following language immediately above the signature and date "I declare under penalty of perjury under the laws of the United States of America that the foregoing statements regarding class membership are true and correct to the best of my knowledge."

**IF YOU DO NOT TIMELY MAKE YOUR OBJECTION, YOU WILL BE DEEMED TO HAVE WAIVED ALL OBJECTIONS AND WILL NOT BE ENTITLED TO SPEAK AT THE FAIRNESS HEARING.**

If you file a written objection, you may appear at the Fairness Hearing, either in person or through personal attorney hired at your expense, to object to the Settlement Agreement. You are not required, however, to appear. If you, or your attorney, intend to make an appearance at the Fairness Hearing, you must include on your timely and valid objection a statement substantially similar to "Notice of Intention to Appear."

If you intend to appear at the Fairness Hearing through your attorney, you must also identify the attorney(s) representing you who will appear at the Fairness Hearing and include the attorney(s) name, address, phone number, e-mail address, and the state bar(s) to which your attorney is admitted. Also, if you intend to request the Court to allow you to call witnesses at the Fairness Hearing, such request must be made in your written brief, which must also contain a list of any such witnesses and a summary of each witness's expected testimony.

**16.** *What is the difference between excluding myself and objecting to the Settlement?*

Objecting is simply telling the Court that you don't like something about the Settlement. You can object only if you stay a Class Member for the Settlement. Excluding yourself is telling the Court that you don't want to be part of the Settlement or a Class Member for the Settlement. If you exclude yourself, you have no basis to object because the Settlement will no longer affect you.

## FAIRNESS HEARING

### 17. *What is the Fairness Hearing?*

The Court has preliminarily approved the Settlement and will hold a hearing to decide whether to give final approval of the Settlement. The purpose of the Fairness Hearing will be for the Court to determine whether the Settlement should be approved as fair, reasonable, adequate, and in the best interests of the Class Members for the Settlement; to consider the award of attorneys' fees and expenses to Class Counsel; and to consider the request for an incentive or service award to the Representative Plaintiffs.

### 18. *When and where is the Fairness Hearing?*

On November 28, 2017, a hearing will be held on the fairness of the proposed Settlement. At the hearing, the Court will be available to hear any objections and arguments concerning the proposed Settlement's fairness. The hearing will take place before the Honorable Yvonne Gonzalez Rogers in Courtroom 1, 4th Floor of the U.S. District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612. The hearing may be postponed to a different date or time or location without notice. Please check the Settlement Website at www.bebetcpasettlement.com for any updates about the Settlement generally or the Fairness Hearing specifically. If the date or time of the Fairness Hearing changes, an update to the Settlement Website will be the only way you will be informed of the change.

### 19. *May I speak at the hearing?*

At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement.
You may attend, but you do not have to. As described above in Section 15, you may speak at the Fairness Hearing only if you have timely filed (a) an objection and (b) a Notice of Intent to Appear. If you have requested exclusion from the Settlement, however, you may not speak at the Fairness Hearing.

## ADDITIONAL INFORMATION

### 20. *How do I get more information?*

To see a copy of the Settlement Agreement, the Court's Order Granting Preliminary Approval of Class Settlement, Class Counsel's application for attorneys' fees and costs, and the Operative Complaint filed by Plaintiffs Melita Meyer, Samantha Rodriguez and Courtney Barrett in the Action, please visit the Settlement Website at www.bebetcpasettlement.com. Alternatively, you may contact the Claims Administrator at the email address info@bebetcpasettlement.com.
This description of this Action is general and does not cover all of the issues and proceedings that have occurred. In order to see the complete file, please visit www.pacer.gov or the Clerk's office at 1301 Clay Street, Oakland, CA 94612. The Clerk will tell you how to obtain the file for inspection and copying at your own expense.

**21.** ***What if my address or other information has changed or changes after I submit a Claim Form?***

It is your responsibility to inform the Claims Administrator of your updated information. You may do so at the address below:

*Meyer, et al., v. bebe stores, inc. Settlement*
c/o Atticus Administration, LLC
PO Box 1440
Minneapolis, MN 55440

info@bebetcpasettlement.com
****

**EXCEPT AS OTHERWISE PROVIDED ABOVE,**
**DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR THE**
**LITIGATION TO THE CLERK OF THE COURT OR THE JUDGE.**

Exhibit B

To:      [EMAIL ADDRESS IN BEBE'S CRM DATABASE]

From:   INFO@BEBETCPASETTLEMENT.COM

Re:      LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION

**If you provided your mobile telephone number to bebe at the point-of-sale on or between October 16, 2013 and January 21, 2014 and you received an SMS or text message from bebe or on its behalf before January 22, 2014, you may be eligible to receive a <u>$20 payment</u> from bebe.**

**WHY DID I GET THIS NOTICE?** A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Northern District of California ("Court") titled *Meyer, et al., v. bebe stores, inc.*, Case No. 14-cv-00267-YGR ("Action"). According to available records, you might be a "Class Member." The purpose of this Notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**WHAT IS THE ACTION ABOUT?** The Action was filed against bebe stores, inc. ("bebe") by Plaintiffs Melita Meyer, Samantha Rodriguez and Courtney Barrett ("Plaintiffs") alleging that bebe violated the federal Telephone Consumer Protection Act by sending SMS or text messages without the required consent. bebe denies that it violated any law or engaged in any wrongdoing, and denies that it has any liability. Both sides disagree regarding whether Plaintiffs or bebe would prevail if the Action proceeded to trial and on how much, if anything, the Plaintiffs and Class Members could have recovered if the Plaintiffs won at trial. *No court has decided which side is right. But both sides agree that it is in the Class Members' best interests to resolve this action through the proposed Settlement.*

**AM I A CLASS MEMBER?** You are a Class Member if you are a person in the United States who provided your mobile telephone number to bebe in one of bebe's stores at the point-of-sale between October 16, 2013 and January 21, 2014 and you received an SMS or text message from bebe or on its behalf before January 22, 2014.

**WHAT RELIEF DOES THE SETTLEMENT PROVIDE?** If you are a Class Member, you are eligible to receive a one-time cash payment of $20 ("Settlement Payment"). *See Section* 2.1(a) of this Settlement Agreement for the terms and conditions of the Settlement Payment. To receive a Settlement Payment you are required to timely submit a valid and complete Claim Form. A Claim Form is available on the Settlement Website at www.bebetcpasettlement.com. The deadline to submit a Claim Form is October 17, 2017.

**WHAT ARE MY OTHER OPTIONS?** If you don't want to be legally bound by the Settlement, you must exclude yourself by requesting exclusion, as contemplated by Section 10 of the Settlement Agreement, or you won't be able to sue bebe about the legal claims in the Action ever again. If you exclude yourself, you are not eligible to receive a Settlement Payment from this Settlement. If you stay in the Settlement, you may object to it by filing an objection, as contemplated by Section 8 of the Settlement Agreement. The Full Notice available at

www.bebetcpasettlement.com explains how to request exclusion and object. The Court will hold a hearing on November 28, 2017, in Courtroom 1, 4th Floor of the U.S. District Court for the Northern District of California, located at 1301 Clay Street, Oakland, CA 94612 to consider whether to approve the Settlement, the request by the lawyers representing all Class Members (Strategic Legal Practices, APC, Mazie Slater Katz & Freeman, LLC, Kearney Littlefield LLP and EcoTech Law Group) for $283,000 in attorneys' fees and costs, and the class representatives' request for service awards totaling $3,000. You may ask to appear at the hearing, but you don't have to.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit the Settlement Website at www.bebetcpasettlement.com. You may also write to the Claims Administrator at the email address info@bebetcpasettlement.com, or by mail at Meyer, et al., v. bebe stores, inc. Settlement, c/o Atticus Administration, LLC, PO Box 1440, Minneapolis, MN 55440.

Exhibit C

# DIGITAL AD NOTICE CAMPAIGN

## DIGITAL AD NOTICE PLAN OVERVIEW:

1. <u>Plan Objective</u>: To most effectively notice the Settlement Class using internet display banner ads directing Class Members to the Settlement Website [www.bebeTCPASettlement.com](www.bebeTCPASettlement.com).

2. <u>Commonly Used Media Terms</u>:

   i) **Target Audience:** Net number of persons or different persons exposed to a media vehicle. It is a larger than a publication's circulation because it includes pass- along readers who may obtain the publication second hand, and through indirect means.

   ii) **Impressions or Exposure:** Total number of opportunities to be exposed to a media vehicle or combination of media vehicles containing notice. It is a gross or cumulative number that may include the same person more than once. Impressions can exceed the total target market population size based on multiple exposure by any given person.

   iii) **Reach or Coverage:** Net percentage of a specific population group or target audience exposed to a media vehicle or a combination of media vehicles containing a notice at least once within a given period of time. Reach factors out duplication, representing the total different net persons.

3. <u>Class Definition</u>: As defined in the Settlement Agreement, Class Members mean all persons in the United States who provided their mobile telephone number to bebe in one of bebe's stores at the point-of-sale between October 16, 2013 and January 21, 2014 and received an SMS or text message from bebe before January 22, 2014.

4. <u>Audience Profile</u>: According to data available through nationally accredited research firm MRI, the target demographic of a bebe Store customer is a woman with an average age of 32, ranging between low 20's to high 40's, who takes care of herself, who is confident, and who wants to be noticed, skews towards being trendier/fashion forward and middleclass, spends an average of 8 hours per day consuming content across media with the majority coming from her smartphone or TV, uses mobile apps and tools to ensure she's getting the best deal possible, and uses her phone to search for and download coupon, read product reviews and compare product prices.

5. <u>Strategies</u>: Based on our research, Atticus recommended internet display banner ad notices (mobile and desktop), targeted to potential class members utilizing bebe shoppers' demographic and media consumption profiles. The digital notice campaign used various targeting methods of both contextual and behavioral data to show ads to the most relevant audience in this target demographic by taking into account display targeting for Affinity audiences, In-market audiences, Topics, and Keywords.

| Display Targeting |
| --- |
| Affinity audiences: Shopaholics |
| Affinity audiences: Fashionistas |
| In-market audiences: Women's Apparel |
| Topics: Women's Clothing |
| Topics: Fashion Designers & Collections |
| Topics: Dresses |
| Topics: Skirts |
| Keyword: bebe |
| Keyword: bebe.com |
| Keyword: bebe clothing |
| Keyword: bebe store |

| |
|---|
| Keyword: bebe clothes |
| Keyword: bebe stores inc |

6. A total of twelve (12) different internet display banner ad sizes were created to maximize impression volume.



7. A live dashboard was created to help keep track of campaign progress and high-level view of total number of impressions and clicks via Google Analytics data.



## DIGITAL AD NOTICE PLAN RESULTS:

| August 18, 2017 – September 15, 2017 | Totals |
|---|---|
| Clicks | 22,439 |
| Impressions | 5,771,077 |

8.  Results Breakdown:

| Display Targeting | Clicks | Impressions | CTR |
|---|---|---|---|
| Affinity audiences: Shopaholics | 14,755 | 3,570,985 | 0.41% |
| Affinity audiences: Fashionistas | 6,695 | 1,966,600 | 0.34% |
| In-market audiences: Women's Apparel | 820 | 194,747 | 0.42% |
| Topics: Women's Clothing | 2 | 326 | 0.61% |
| Topics: Fashion Designers & Collections | 1 | 168 | 0.60% |
| Topics: Dresses | 0 | 80 | 0 |
| Topics: Skirts | 0 | 11 | 0 |
| Keyword: bebe | 25 | 8,337 | 0.30% |
| Keyword: bebe.com | 0 | 2 | 0 |
| Keyword: bebe clothing | 0 | 0 | 0 |
| Keyword: bebe store | 0 | 0 | 0 |
| Keyword: bebe clothes | 0 | 0 | 0 |
| Keyword: bebe stores inc | 0 | 0 | 0 |

| Gender | Clicks | Impressions | CTR |
|---|---|---|---|
| Female | 22,439 | 5,771,077 | 0.39% |
| Male | 0 | 0 | 0 |
| Unknown | 0 | 0 | 0 |

| Age | Clicks | Impressions | CTR |
|---|---|---|---|
| 18-24 | 5,473 | 1,545,210 | 0.35% |
| 25-34 | 5,121 | 1,582,333 | 0.32% |

| | | | |
|---|---|---|---|
| **35-44** | 4,834 | 1,223,051 | 0.40% |
| **45-54** | 5,775 | 1,140,570 | 0.51% |
| **55-64** | 0 | 0 | 0 |
| **65+** | 0 | 0 | 0 |
| **Unknown** | 1,236 | 279,913 | 0.44% |

| Parental Status | Clicks | Impressions | CTR |
|---|---|---|---|
| **Parent** | 9,458 | 2,265,135 | 0.42% |
| **Not a Parent** | 12,812 | 3,460,309 | 0.37% |
| **Unknown** | 169 | 45,633 | 0.37% |

| Devices | Clicks | Impressions | CTR |
|---|---|---|---|
| **Computers** | 9 | 2,851 | 0.32% |
| **Mobile** | 19,908 | 5,330,216 | 0.37% |
| **Tablets** | 2,522 | 438,010 | 0.58% |

| Ad Schedule | Clicks | Impressions | CTR |
|---|---|---|---|
| **Sunday** | 3,522 | 825,344 | 0.43% |
| **Monday** | 3,287 | 856,241 | 0.38% |
| **Tuesday** | 3,215 | 847,685 | 0.38% |
| **Wednesday** | 3,002 | 826,005 | 0.36% |
| **Thursday** | 2,807 | 792,402 | 0.35% |
| **Friday** | 3,249 | 785,398 | 0.41% |
| **Saturday** | 3,357 | 838,002 | 0.40% |

| Location | Clicks | Impressions | CTR |
|---|---|---|---|
| **California, United States** | 3887 | 925,328 | 0.42% |
| **Texas, United States** | 2,277 | 558,388 | 0.41% |
| **New York, United States** | 1,396 | 310,048 | 0.45% |

| | | | |
|---|---|---|---|
| **Florida, United States** | 1,194 | 316,234 | 0.38% |
| **Georgia, United States** | 1,072 | 273,759 | 0.39% |
| **North Carolina, United States** | 829 | 228,318 | 0.36% |
| **Washington, United States** | 744 | 186,843 | 0.40% |
| **Illinois, United States** | 737 | 183,918 | 0.40% |
| **Pennsylvania, United States** | 690 | 188,923 | 0.37% |
| **Michigan, United States** | 613 | 157,355 | 0.39% |
| **Arizona, United States** | 561 | 150,669 | 0.37% |
| **Tennessee, United States** | 486 | 156,573 | 0.31% |
| **New Jersey, United States** | 474 | 115,839 | 0.41% |
| **Ohio, United States** | 449 | 131,073 | 0.34% |
| **Hawaii, United States** | 403 | 80,887 | 0.50% |
| **Massachusetts, United States** | 381 | 101,547 | 0.38% |
| **Virginia, United States** | 368 | 103,935 | 0.35% |
| **Oregon, United States** | 358 | 95,307 | 0.38% |
| **District of Columbia, United States** | 357 | 75,451 | 0.47% |
| **Nevada, United States** | 344 | 90,522 | 0.38% |
| **Missouri, United States** | 341 | 87,911 | 0.39% |
| **Indiana, United States** | 337 | 97,184 | 0.35% |
| **Alabama, United States** | 317 | 89,321 | 0.35% |
| **Colorado, United States** | 283 | 79,711 | 0.36% |
| **Louisiana, United States** | 283 | 87,256 | 0.32% |
| **Maryland, United States** | 270 | 76,665 | 0.35% |
| **South Carolina, United States** | 259 | 78,806 | 0.33% |
| **Minnesota, United States** | 257 | 62,526 | 0.41% |
| **Kentucky, United States** | 244 | 69,226 | 0.35% |
| **Mississippi, United States** | 209 | 62,015 | 0.34% |
| **Wisconsin, United States** | 201 | 56,942 | 0.35% |

| | | | |
|---|---|---|---|
| **Oklahoma, United States** | 167 | 53,249 | 0.31% |
| **Connecticut, United States** | 164 | 39,990 | 0.41% |
| **Arkansas, United States** | 159 | 45,699 | 0.35% |
| **West Virginia, United States** | 139 | 30,077 | 0.46% |
| **Nebraska, United States** | 131 | 31,434 | 0.42% |
| **Kansas, United States** | 128 | 30,444 | 0.42% |
| **Utah, United States** | 119 | 46,639 | 0.26% |
| **Iowa, United States** | 105 | 28,878 | 0.36% |
| **New Mexico, United States** | 96 | 29,809 | 0.32% |
| **Alaska, United States** | 65 | 13,763 | 0.47% |
| **Idaho, United States** | 64 | 21,991 | 0.29% |
| **New Hampshire, United States** | 64 | 14,587 | 0.44% |
| **Maine, United States** | 55 | 13,470 | 0.41% |
| **Rhode Island, United States** | 51 | 13,492 | 0.38% |
| **Montana, United States** | 38 | 11,718 | 0.32% |
| **Delaware, United States** | 37 | 11,787 | 0.31% |
| **Vermont, United States** | 33 | 4,750 | 0.69% |
| **South Dakota, United States** | 32 | 7,878 | 0.41% |
| **North Dakota, United States** | 29 | 6,643 | 0.44% |
| **Wyoming, United States** | 20 | 4,927 | 0.41% |

Exhibit D



13 34th Avenue NE STE 112     1-844-728-8428
STE 112                       info@atticusadmin.com
Minneapolis, MN 55413         atticusadmin.com

[DATE]

VIA PRIORITY MAIL

[First Name] [Last Name]
Attorney General
[Address 1]
[Address 2]
[City, State Zip]

      RE:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear [First Name] [Last Name]:

ATTICUS ADMINISTRATION, LLC has been retained as the third-party Settlement Administrator in a putative class action lawsuit entitled *Melita Meyer, an individual, on behalf of herself and all others similarly situated, v. bebe stores, inc.,* Case No. 14-cv-00020-JAH-NLS and related case *Samantha Rodriguez, an individual, on behalf of herself and all others similarly situated, v. bebe stores, inc.,* Case No. 14-cv-01968-YGR. The lawsuit is pending before the Honorable Yvonne Gonzalez Rogers in the United States District Court, Northern District of California. Pillsbury Winthrop Shaw Pittman LLP represents bebe stores, inc. (the "Defendant"), in this matter. In accordance with Section 1715 of the Class Action Fairness Act, 28 U.S.C. §§ 1332(d), 1453, and 1711–1715 (CAFA), this letter is to advise you that Plaintiffs Melita Meyer, Samantha Rodriguez and Courtney Barrett (collectively "Plaintiffs") filed a Motion for Preliminary Approval of Class Action Settlement regarding this class action lawsuit on June 13, 2017.

| | |
|---|---|
| **Case Name:** | *Melita Meyer, an individual, on behalf of herself and all others similarly situated, v. bebe stores, inc.* and related case *Samantha Rodriguez, an individual, on behalf of herself and all others similarly situated, v. bebe stores, inc.* |
| **Case No.:** | 14-cv-00020-JAH-NLS and 14-cv-01968-YGR |
| **Jurisdiction:** | United States District Court, Northern District of California |
| **Date Settlement Filed with Court:** | June 13, 2017 |
| **Date of Motion for the Preliminary Approval of Class Action Settlement:** | July 18, 2017 |

The Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with Section 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

1.  **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the *Plaintiffs' First Amended Consolidated Complaint For Damages and Injunctive Relief Pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 et seq.* entitled *"20161021 Dkt #112 Plaintiffs' First Amended Consolidated Complaint For D..."* is provided in the enclosed CD Rom.

2.  *28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:* As of June 23, 2017, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiffs filed a Motion for Preliminary Approval of the Class Action Settlement on June 13, 2017 in the United States District Court, Northern District of California. The Motion for Preliminary Approval of Class Action Settlement is set for July 18,

2017 before Judge Yvonne Gonzalez Rogers. Copies of *Plaintiff's Notice of Motion for Preliminary Approval of Class Action Settlement* and *supporting documents* entitled *"Doc 154," "Doc 154-1," "Doc 154-2," "Doc 154-3," "Doc 154-4," "Doc 154-5," "Doc 154-5," "Doc 154-6,"* and *"Doc 155"* are provided in the enclosed CD Rom.

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the proposed *Settlement Class Notices*, i.e., the *"Email Notice," "Full Notice,"* and *"Publication,"* for the notification of class members, are Exhibits B, D and F, respectively, to the parties' *Settlement Agreement And Release* entitled *"Bebe Settlement Agreement - FULLY EXECUTED"* provided in the enclosed CD Rom.

4.  **28 U.S.C. § 1715(b)(4) – Proposed Class Action Settlement:** A copy of the parties' *Settlement Agreement And Release* entitled *"Bebe Settlement Agreement - FULLY EXECUTED"* is provided in the enclosed CD Rom.

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of June 23, 2017, no other settlement or agreement has been entered into by the parties to this action.

6.  **28 U.S.C. § 1715(b)(6) –Final Judgment:** As of June 23, 2017, no Final Judgement has been issued by the Court.

7.  **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimated Proportionate Share:** Pursuant to 28 U.S.C. § 1715(b)(7)(A)(B), the Defendant has estimated 38,607 Settlement Class Members (excluding the Class Representatives). A list of the 38,607 Settlement Class Members and their State of residency entitled *"List of Settlement Class Members"* is provided in the enclosed CD Rom. The Defendant agrees to pay each Settlement Class Member that submits a timely and valid claim a Twenty Dollar and No/100 ($20.00) payment (the "Settlement Payment(s)". If all 38,607 Settlement Class Members remain part of the Class Action Settlement and receive a Settlement Class Payment, then the total monetary relief to be paid by the Defendant to the Settlement Class Members will be $772,120.00.

If for any reason, you believe the enclosed information does not fully comply with Section 1715, please contact the Counsel for Defendant as identified below, to address any concerns or questions that you may have.

> **Counsel for Defendant**
> **Amy L. Pierce, Esq.**
> Pillsbury Winthrop Shaw Pittman LLP
> 725 South Figueroa Street, Suite 280
> Los Angeles, CA 90017-5406
> Phone: (916) 329-4765
> amy.pierce@pillsburylaw.com

Sincerely,

_____

**Christopher Longley**
CEO
Enclosure – CD ROM

[NOTARY]

# Exhibit E

## <u>CLAIM FORM</u>

Please fill out the form below accurately and completely, and submit online the completed Claim via the Settlement Website www.bebetcpasettlement.com or email at info@bebetcpasettlement.com, on or before11:59 p.m. (Pacific Standard Time) on **October 17, 2017.**

| First Name | | M.I. | | Last Name | |
|---|---|---|---|---|---|

Street Address [                    ] APT# [    ]

City [            ] State [        ] Zip [        ]

Phone Number [    ] - [    ] - [        ]

Email Address [                    ]

*Information that you provide in this Claim Form will be used by the Claims Administrator to confirm the validity of your Claim and, if you have timely submitted a valid and complete Claim Form, to send you your Settlement Payment, and to communicate with you if any additional information is needed or problems arise with your Claim Form or Claim.*

*Please retain in your possession any supporting phone records.*

### <u>CONFIRMATION OF CLASS MEMBERSHIP</u>

I declare the following:

1. During the period of time between October 16, 2013 and January 21, 2014, I provided my mobile telephone number to bebe in one of bebe's stores at the point-of-sale and received an SMS or text message from bebe or on its behalf before January 2, 2014; and

2. The SMS or text message I received from bebe or on its behalf was at the following Mobile Phone Number:

[    ] - [    ] - [        ]

### ACKNOWLEDGEMENT

I have received Notice of the class action Settlement in Meyer, et al., v. bebe stores, inc., Case No. Case No. 14-cv-00267-YGR, and I am a member of the class of persons described in the Notice. I agree to release all the claims, known and unknown, stated in Section 4.4 of the Settlement Agreement that is posted on the Settlement Website at www.bebetcpasettlement.com. I submit to the jurisdiction of the U.S. District Court for the Northern District of California with regard to my Claim and for purposes of enforcing the release of claims stated in the Settlement Agreement. I am aware that I can obtain a copy of the long-form notice and Settlement Agreement from the Settlement Website at www.bebetcpasettlement.com or by emailing the Claims Administrator at info@bebetcpasettlement.com. I agree to furnish additional information to support my Claim if required to do so. I understand that the Claims Administrator will reject my Claim Form if it is not complete, valid, accurate, and/or timely based upon its review of bebe's customer relationship management database and other records publicly available to bebe or the Claims Administrator.

**I UNDERSTAND AND AGREE THAT BY SIGNING THIS CLAIM FORM I AM CERTIFYING UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

_____     _____
**Claimant Signature**                                           **Date**