PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT (CA Bar No. 157759)
mark.elliott@pillsburylaw.com
AMY L. PIERCE (CA Bar No. 210539)
amy.pierce@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendant BEBE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELITA MEYER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>BEBE STORES, INC.,<br><br>Defendant(s). | Case No.: 14-CV-00267-YGR<br><br>**CLASS ACTION**<br><br>**DECLARATION OF AMY L. PIERCE IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Assigned to The Hon. Yvonne Gonzalez Rogers |

I, AMY L. PIERCE, declare as follows:

1. I am an attorney at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel of record for Defendant bebe stores, inc. ("bebe") in the above-captioned matter. Except where otherwise indicated, I have personal knowledge of the facts set forth herein, which are known by me to be true and correct and, if called as a witness, I could and would competently testify thereto. I am submitting this Declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement ("Motion") and as requested by the Court at the November 28, 2017 hearing on the Motion.

2. In support of the Motion, Plaintiffs' filed the Declaration of Christopher Q Longley, Esq. on Notice Plan and Administration (Dkt. No. 161-3). Mr. Longley is the Chief Executive Officer and Co-Founder of Atticus Administration LLC, the parties' notice and claims administrator for the class action settlement ("Atticus").

3. In Paragraph 13 of his Declaration, Mr. Longley confirmed that "[o]f the 2017 total submitted claims, there are 72 valid claims, 131 invalid claims, and 4 duplicate claims."

4. On November 27, 2017, one day before the hearing on the Motion, Mr. Longley's colleague Stephanie L. Duddingston, a Project Coordinator for Atticus, confirmed that "[i]n total, we received 208 claims. There are 72 valid claims, 132 invalid claims, and 4 duplicate claims."

5. At the hearing, the Court requested additional information about the 132 claims that were determined by Atticus to be invalid.

6. On November 29, 2017, Ms. Duddingston provided to me via email a "bebe Claims Break Down" as follows:

| bebe Claims Break Down | | | |
|---|---|---|---|
| Validation | Timely/Untimely | Number of Claims | Validation Reason |
| Valid | Timeley | 72 | Valid mobile number and name provided. |
| Valid | Untimely | 0 | No valid claims received after claims filing deadline of October 17, 2017 |
| Invalid | Timely | 124 | Invalid mobile number provided. |
| Invalid | Timely | 4 | Duplicate claim. |
| Invalid | Timely | 2 | Mobile phone is valid but vastly different name. |
| Invalid | Untimely | 6 | Invalid mobile number provided after claims filing deadline of October 17, 2017 |

7. In the same email communication, Ms. Duddingston provided additional information regarding the two claims that Atticus concluded were invalid because the name

on the claim form was "vastly different" than the name on the Class Data List provided by bebe for claims administration as follows:

| Source | claim_status | validation_reason | first_name | last_name |
|---|---|---|---|---|
| 1. Claim Form Submission | INVALID | Incorrect/Different name | Claudia | Velasquez |
| Class Data List | | | Nicole | Gonzalez |
| 2. Claim Form Submission | INVALID | Incorrect/Different name | Roberts | Roberts |
| Class Data List | | | Kelly | Johns |

8. A true and correct copy of the November 29, 2017 email from Ms. Duddingston to me is attached hereto as Exhibit "A."

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on December 1, 2017 in Sacramento, California.

_____
Amy L. Pierce