# EXHIBIT A

# Pierce, Amy L.

| **From:** | Stephanie Duddingston <SDuddingston@atticusadmin.com> |
|---|---|
| **Sent:** | Wednesday, November 29, 2017 1:42 PM |
| **To:** | Pierce, Amy L. |
| **Cc:** | Atticus Project Management Team; Chris Longley |
| **Subject:** | bebe Settlement - Claims Breakdown |

Dear Amy,

Please see the requested claim information in the tables below.

| bebe Claims Break Down | | | |
|---|---|---|---|
| Validation | Timely/Untimely | Number of Claims | Validation Reason |
| Valid | Timely | 72 | Valid mobile number and name provided. |
| Valid | Untimely | 0 | No valid claims received after claims filing deadline of October 17, 20 |
| Invalid | Timely | 124 | Invalid mobile number provided. |
| Invalid | Timely | 4 | Duplicate claim. |
| Invalid | Timely | 2 | Mobile phone is valid but has vastly different name. |
| Invalid | Untimely | 6 | Invalid mobile number provided after claims filing deadline of Octobe |
| | **TOTAL CLAIMS FILED** | **208** | |

The table below shows the two invalid claims with the mobile phone that is valid, but the name on the claim is vastly different than the name provided in the class list.

| | Source | claimant_id | claim_status | validation_reason | claim_form | claimform_pos |
|---|---|---|---|---|---|---|
| 1. | Claim Form Submission | NCC20170507-38465 | INVALID | Incorrect/Different name | BEBE1093 | 1 |
| | Class Data List | | | | | |
| 2. | Claim Form Submission | NCC20170507-38472 | INVALID | Incorrect/Different name | BEBE1068 | 9 |
| | Class Data List | | | | | |

Please let me know if you have any questions.

Best Regards,

**Stephanie L. Duddingston | Project Coordinator**
**Atticus Administration, LLC**
34 13th Avenue N.E. Suite 112 Minneapolis MN 55413
DIRECT: 612-235-4782
MAIN: 612-404-0808
Email: sduddingston@atticusadmin.com
www.atticusadmin.com



NOTICE: This electronic mail message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachment(s), may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please advise the sender immediately by reply email and delete all copies.