# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MELITA MEYER, SAMANTHA RODRIGUEZ, and COURTNEY BARRETT, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEBE STORES, INC.;<br><br>Defendant. | Case No.: 4:14-cv-00267-YGR<br><br>**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT BEBE STORES, INC.** |



GRANTED
Judge Yvonne Gonzalez Rogers
1/3/2018

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Melita Meyer, Samantha Rodriguez, and Courtney Barrett, and Defendant bebe stores, inc., hereby stipulate to dismissal with prejudice, and, except as provided for in the Settlement Agreement between the parties, without costs, of all claims alleged in Plaintiffs' pleadings against Defendant bebe stores, inc. The parties agree that the Court shall retain jurisdiction over this matter for purposes of enforcing the terms of the Settlement Agreement between the parties [Docket No. 164].

Dated: December 21, 2017

Payam Shahian (SBN 228406)
**STRATEGIC LEGAL PRACTICES, APC**
1840 Century Park East, Suite 430
Los Angeles, California 90067

Matthew R. Mendelsohn (*pro hac vice*)
**MAZIE SLATER KATZ & FREEMAN**
103 Eisenhower Parkway
Roseland, New Jersey 07068

Amy L. Pierce (SBN 210539)
Mark E. Elliott (SBN 157759)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

*Attorneys for Defendant bebe stores inc.*

| | |
|---|---|
| 1 | *[signature: Prescott Littlefield]* |
| 2 | Prescott W. Littlefield (SBN 259049) |
| 3 | **KEARNEY LITTLEFIELD LLP**<br>3436 N. Verdugo Rd., Ste. 230 |
| 4 | Glendale, California 91208 |
| 5 | *[signature: Richard D. Lambert]* |
| 6 | Richard D. Lambert (SBN 251148) |
| 7 | **STONEBARGER LAW**<br>A Professional Corporation |
| 8 | 75 Iron Point Circle, Suite 145<br>Folsom, CA 95630 |
| 9 | *[signature]* |
| 10 | |
| 11 | Dara Tabesh (SBN 230434) |
| 12 | **ECOTECH LAW GROUP, P.C.**<br>5 Third St. Ste. C<br>San Francisco, CA 94103 |
| 13 | ***Attorneys for Plaintiffs*** |

1

**VOLUNTARY DISMISSAL**